Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of olives in brine similar in all material respects to those the subject of *Moscahlades Bros., Inc.* v. *United States* (39 Cust. Ct. 127, C. D. 1917), the claim of the plaintiffs was sustained.

No. 61950.—Regina Trading Corp. et al. v. United States, protests 319270–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of soup mixes similar in all material respects to those the subject of *Cresca Co., Inc.* v. *United States* (38 Cust. Ct. 211, C. D. 1864), the claim of the plaintiffs was sustained.

No. 61951.—Holland Food Corp. v. United States, protest 319489–K (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of soup mixes similar in all material respects to those the subject of *Cresca Co., Inc.* v. *United States* (38 Cust. Ct. 211, C. D. 1864), the claim of the plaintiff was sustained.

No. 61952.—Red Rock Bottlers, Inc. v. United States, protests 116913–K and 116914–K (Savannah).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of flavoring sirup, composed of a mixture of sugar, water, flavoring, and coloring matter, in chief value of invert sugar, having a minus polariscopic reading the same in all material respects as that the subject of *United States* v. *Jovita Perez et al.* (44 C. C. P. A. 35, C. A. D. 633), the claim of the plaintiff was sustained.

MAY 13, 1958

No. 61953.—Helena Rubinstein, Inc., et al. v. United States, protests 247097–K, etc.—Protests abandoned April 14, 1958. (Not published.) (Initial No. 130146–K.) Plaintiff's application for rehearing granted.